FILED
FEB -7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: _MERCER,_ _FRANTH_ _____
    (Last)     (First)     (Middle Initial)

Prisoner Number: _BG 2072_

Institutional Address: _C.S.P.-Solano - 16-177-Low POD_ (PR)
_4000 Vacaville, CA. 95696_

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 19 690 KAW

_Franth Mercer_
(Enter your full name.)

vs.

_Los Angeles County_
_Sheriff's Men's Jail_

(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(NON HABEAS CIVIL ACTION)

**I. Exhaustion of Administrative Remedies.**

_Note:_ You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement _Solano State Prison_

B. Is there a grievance procedure in this institution? YES ☑  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☐  NO ☑

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _N/A_

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: _____

N/A

3. Second formal level: _____

N/A

4. Third formal level: _____

N/A

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

THIS COMPLAINT IS "NOT" AGAINST THE FACILITIES IN STATE PRISON, BUT W/ L.A. COUNTY SHERIFF'S MEN'S JAIL.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

MR. FRANK MERCER B52072 C.S.P.-SOLANO
POB 4000 VACAVILLE, CA. 95696

B. For each defendant, provide full name, official position and place of employment.

ALL 2ND & 3RD WATCH DEPUTY SHERIFFS WORKING "5200" MEN'S JAIL BETWEEN THE DATES OF 1-2-19 THRU 1-11-19

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be s[ure] and to include dates, when possible. Do not g[ive] statutes. If you have more than one claim, eac[h] numbered paragraph.

PETITIONER IS A 60-YEAR OLD UNDER THE AMERICANS W/ DISABILITIES ACT, (A.D.A.), & ALSO UNDER MENTAL HEALTH CARE. PETITIONER WAS RECEIVED BY LOS ANGELES COUNTY MEN'S CENTRAL JAIL, UNDER THE AUTHORITY OF L.A. COUNTY DEPUTY SHERIFF'S, FROM CALIFORNIA STATE PRISON - SOLANO FOR A RESENTENCING HEARING. PRIOR TO LEAVING SOLANO PRISON & UPON IMMEDIATE ARRIVAL AT L.A. COUNTY SHERIFF'S JAIL PETITIONER WAS SEEN BY MEDICAL STAFF & A DOCTOR DUE TO THE SERIOUSNESS

## IV. Relief.  [SEE ADDITIONAL PAGE(S)]

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

INJUNCTIVE RELIEF; PUNITIVE DAMAGES; & COMPENSATORY DAMAGES TOTALING ONE-million dollars

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1-30-19

Date                              Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

---

Men's Central Jail Pharmacy
441 Bauchet St. RM# 6118
Los Angeles California 90012 (213)680-0503

Order No: 1983966653 CJ 5200-R   0039
BK:5499880
MERCER, FRANK
Nitroglycerin SL 0.4 mg Tab
NITROSTAT SL 0.4 MG TAB (generic for)
Manuf: Greenstone
****SELF-MEDS****1 tab under tongue @ onset of chest pain, repeat every 5 min til pain is relieved; if pain after 3 tabs in A 15 min

"STATEMENT OF CLAIM, CON'T."

OF PETITIONER'S MEDICAL CONDITIONS OF:

* HYPERTHYROIDISM;
* ATRIAL FIBRILLATION;
* LEFT VENTRICULAR EJECTION FRACTION OF 40-49%; (HEART FAILURE)
* GRAVES' DISEASE;

PETITIONER MUST CARRY A BOTTLE, ON MY PERSON, OF "NITROGLYCERIN" FOR CHEST PAINS ASSOCIATED WITH HEART ATTACKS.

AFTER SEEING DOCTOR AT L.A. COUNTY JAIL, DEPUTY SHERIFF'S, (AGAINST DOCTOR'S ORDERS), PLACED PETITIONER IN "5200." PETITIONER ASKED & WAS ASSURED BY SHERIFF'S DEPUTIES THAT I'D BE HOUSED ON A "LOWER BUNK." I WAS PLACED ON A TRIPLE BUNK - TOP BUNK, (APPX. 7-FEET OFF GROUND WITH "NO" LADDER.

PETITIONER REPEATED ASKED & BEGGED WITH SHERIFF DEPUTIES, SERGEANTS THAT I'M NOT ALLOWED ON TOP BUNKS DUE TO "MEDICAL NECESSITY." PETITIONER

2.

begged to then either be rehoused or to "Administrative Segregation," (HOLE), or even a dorm that houses primarily an older population w/ medical problems.

The Sheriff Deputies Petitioner spoke with "claimed" to assist me, but eventually Petitioner forced by Deputies non-compliance to a "medical need" to climb to a "top bunk of a TRIPLE bunk situation."

It became apparent during count time between 9 P.M. & 10 P.M. that I had been assigned a low bunk eventhough someone, (inmate), else had claimed it & the Sheriff's would "not" tell the inmate to move. So, upon count Petitioner had to climb off top triple bunk & go "stand" by assigned bunk, (low), give the Sheriff Deputies my last three numbers, (880), then return to top triple bunk, so Deputies were aware of an illegal bunk assignment, but let it go.

There are cameras in 5200 along with other dorm areas where you can see the illegal activity.

2.

THERE WAS NOTHING ELSE PETITIONER COULD DO OTHER THAN GET BEAT-UP, RAPED OR KILLED IN ORDER TO GET PETITIONER'S ASSIGNED BUNK, SO I WAS LEFT TO BE SILENT & GET ON THE TOP TRIPLE BUNK. PETITIONER FEARED HIS LIFE.

THIS ILLEGAL ACT BY L.A. COUNTY SHERIFF'S DEPARTMENT IS ALSO ILLEGALLY ALLOWED IN WAYSIDE DETENTION CENTER FOR MEN. THIS IS MISUSE OF POWER CLOTHED WITH AUTHORITY BY COLOR OF STATE & SHERIFF'S DEPT. IS A SEPARATE SUABLE ENTITY.

PETITIONER CLAIMS DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED. THE FEDERAL A.D.A. 504 OF REHABILITATION ACT, (MENTAL & MOBILITY), ALSO TITLE II OF A.D.A.

"NO QUALIFIED INDIVIDUAL SHALL BE EXCLUDED OR SUBJECT TO DISCRIMINATION."

PETITIONER HOLDS THAT "ALL" DEPUTY SHERIFF'S KNEW OF & KNOW OF THIS ILLEGAL ACT BECAUSE DURING COUNT 6-7 DEPUTIES CONDUCTS COUNT WITH A LIST OF INMATES & WHERE THEY SHALL BE HOUSED ACCORDING TO CELL, DORM & BED NUMBER.

3.

**WSP - Wasco State Prison**

Patient: **MERCER, FRANK**
DOB/Age/Sex:  9/24/1958  / 59 years   / Male        CDCR: BG2072

## Discharge Documentation

### Follow-up Appointments

**Consult to Optometry** 08/15/18 7:00:00 PDT, Routine, Physician ordered, 20/40, 09/06/18 23:59:00 PDT, WSP C 004 1

**EKG** 07/09/18 0:01:00 PDT, Routine, Onsite, ATRIAL FIB, PLEASE DO EKG FOR CARDIO FOLLOW UP ON 8-24-18 AS PER DR. NAIR., 08/24/18 23:59:00 PDT

**Medical Chronic Care (CCP) Follow Up 20** 06/11/18 0:01:00 PDT, 180 days, 12/11/18 23:59:00 PST, Hypothyroid, anemia, atrial fibrillation

**Medical Chronic Care (CCP) Follow Up 20** 08/10/18 0:01:00 PDT, 30 days, 09/09/18 23:59:00 PDT, f/u

### Chronos

**128-D Dental Priority Classification** 05/15/18 8:00:00 PDT, DPC 2

**7410** 05/15/18 10:23:00 PDT

**7410 (SOMS)** 05/15/18 10:03:56 PDT, P, 7410 Expire Date 12/31/9999, LBO, Ground-floor and low bunk due to medical necessity

**7410 (SOMS)** 05/15/18 10:24:28 PDT, P, 7410 Expire Date 12/31/9999, LBO, WRN, Low bunk and ground-floor due to medical necessity

*WRN = NO ROOFTOP WORK!*

| | |
|---|---|
| **DPW**= Full Time Wheelchair User Impacting Placement | **DPO**= Intermittent Wheelchair User Impacting |
| **DPM**=Mobility Impairment Impacting Placement | **DLT**=Requires Level Terrain NOT Impacting |
| **DPH**=Deaf/Hearing Impairment Impacting Placement | **DNH**=Hearing Impairment NOT Impacting |
| **DPV**=Blind/Vision Impairment Impacting Placement | **BFWCO**=Barrier Free Wheelchair |
| **GFLS**= Ground Floor-Limited Stairs | **GFNS**=Ground Floor-No Stairs |
| **LBO**= Lower/Bottom Bunk Only | **IAA**=Inmate Attendant/Assistant |
| **WCFT**=Full Time Wheelchair User | **WCLT**=Limited Wheelchair User |
| **TVWL**=Transport Vehicle with Lift | **SC**=Special Cuffing Needed, |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   11267863                                    Print Date/Time:   9/14/2018 11:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.