# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1631-DOC (SP) | Date | October 17, 2019 |
|---|---|---|---|

| Title | FRANK MERCER v. LOS ANGELES COUNTY SHERIFF'S MEN'S JAIL |
|---|---|

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On February 7, 2019, pro se plaintiff Frank Mercer, who was then a California prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. After the case was transferred to this court a month later, on March 20, 2019, the court issued an Initial Civil Rights Case Order, advising plaintiff that the court was screening the complaint and that further directions would follow. In paragraph 8 of that same Order, the court also instructed plaintiff that "plaintiff must <u>immediately</u> notify the court (and defendants or defendants' attorneys) of any change in plaintiff's address and the effective date. If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Plaintiff did update his address of record with the court on March 29, 2019, and that remains his address of record. On September 3, 2019, the court issued an Order Dismissing Complaint with Leave to Amend, and mailed that order to plaintiff at his address of record. The order set a deadline of October 3, 2019 for plaintiff to file a First Amended Complaint. Two weeks have passed beyond the October 3, 2019 deadline to file a First Amended Complaint, and the court has not received a First Amended Complaint or any other communication from plaintiff. Instead, the mailing to plaintiff with the Order Dismissing Complaint with Leave to Amend was returned to the court as

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1631-DOC (SP) | | Date | October 17, 2019 |
|---|---|---|---|---|
| Title | FRANK MERCER v. LOS ANGELES COUNTY SHERIFF'S MEN'S JAIL | | | |

undeliverable on October 2, 2019.

It therefore appears that plaintiff has failed to follow the court's order to immediately notify the court of a change of address. Plaintiff has also failed to file a First Amended Complaint within the time allowed for him to do so. Plaintiff's failure to comply with the court's orders, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

Accordingly, within **14 days** of the date of this Order, that is, by **October 31, 2019**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.