# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MERCER,<br><br>          Plaintiff,<br><br>          v.<br><br>LOS ANGELES COUNTY SHERIFF'S MEN'S JAIL,<br><br>          Defendant. | Case No. CV 19-1631-DOC (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: November 22, 2019

                                                                                                                                                            /s/ David O. Carter<br>HONORABLE DAVID O. CARTER<br>UNITED STATES DISTRICT JUDGE